# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 275906 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Lewis G. Khashan, Esq. <br> FIRM NAME: KHASHAN Law Firm, APC <br> STREET ADDRESS: 26636 Margarita Road, Suite 101 <br> CITY: Murrieta   STATE: CA   ZIP CODE: 92563 <br> TELEPHONE NO.: 951-461-2387   FAX NO.: 909-658-8981 <br> EMAIL ADDRESS: lewis@khashanlaw.com; ahnie@khashanlaw.com; <br> ATTORNEY FOR (name): Amr Elkhayat | | ELECTRONICALLY FILED <br> Superior Court of California, <br> County of San Diego <br> 10/2/2025 4:29:15 PM <br> Clerk of the Superior Court <br> By D. Donaldson       , Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Hall of Justice Courthouse

PLAINTIFF: Amr Elkhayat, an Individual,

DEFENDANT: British Airways, a Public Limited Company, and

[X] DOES 1 TO  25  Inclusive,

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death <br> [ ] AMENDED (Number): <br> Type (check all that apply): <br> [ ] MOTOR VEHICLE    [X] OTHER (specify): <br> [ ] Property Damage   [ ] Wrongful Death <br> [X] Personal Injury    [ ] Other Damages (specify): | CASE NUMBER: <br><br> 25CU053234C |
|---|---|

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. **Plaintiff** (name or names): Amr Elkhayat, an Individual,
   alleges causes of action against **defendant** (name or names): British Airways, a Public Limited Company, and

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

Westlaw Doc & Form Builder™

PLD-PI-001

| SHORT TITLE: Elkhayat v. British Airways, PLC. | CASE NUMBER: |
|---|---|

4. [ ] **Plaintiff** (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. [X] **except** defendant (name): British Airways, PLC.
        (1) [ ] a business organization, form unknown.
        (2) [ ] a corporation.
        (3) [ ] an unincorporated entity (describe):

        (4) [X] a public entity (describe):
            a Public Limited Company
        (5) [ ] other (specify):

    c. [ ] **except** defendant (name):
        (1) [ ] a business organization, form unknown.
        (2) [ ] a corporation.
        (3) [ ] an unincorporated entity (describe):

        (4) [ ] a public entity (describe):

        (5) [ ] other (specify):

    b. [ ] **except** defendant (name):
        (1) [ ] a business organization, form unknown.
        (2) [ ] a corporation.
        (3) [ ] an unincorporated entity (describe):

        (4) [ ] a public entity (describe):

        (5) [ ] other (specify):

    d. [ ] **except** defendant (name):
        (1) [ ] a business organization, form unknown.
        (2) [ ] a corporation.
        (3) [ ] an unincorporated entity (describe):

        (4) [ ] a public entity (describe):

        (5) [ ] other (specify):

    [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. [X] Doe defendants (specify Doe numbers): 1-15    were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. [X] Doe defendants (specify Doe numbers): 16-25    are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. [ ] at least one defendant now resides in its jurisdictional area.
    b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
    d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, **and**
    a. [ ] has complied with applicable claims statutes, **or**
    b. [ ] is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Elkhayat v. British Airways, PLC. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   a. [X] wage loss.
   b. [ ] loss of use of property.
   c. [X] hospital and medical expenses.
   d. [X] general damage.
   e. [ ] property damage.
   f. [X] loss of earning capacity.
   g. [X] other damage *(specify):* Other: 1. For non-economic damages, including past and future physical pain and mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief; 2. For economic damages related to loss earnings capacity according to proof; 3. For past and future hospital, medical, professional and incidental expenses, according to proof; 4. For prejudgment interest, according to proof; 5. For pre-trial interest, according to proof; and 6. For such other relief as this Court may deem just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages.
      (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [X] according to proof.
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/02/2025

Lewis G. Khashan, Esq.
(TYPE OR PRINT NAME)

▶ *Lewis G. Khashan*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| PLD-PI-001 [Rev. January 1, 2024] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Page 3 of 3 |

PLD-PI-001(2)

| SHORT TITLE: Elkhayat v. British Airways, PLC. | CASE NUMBER: |
|---|---|

**CAUSE OF ACTION—General Negligence**   Page __4__

__4__ of __5__
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Amr Elkhayat, an Individual,

  alleges that defendant *(name):* British Airways, a Public Limited Company, and

  [X] Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 04, 2024
at *(place):* British Airlines, a Public Limited Company, located on Flight Number BA272

*(description of reasons for liability):*

Plaintiff is informed and believes and thereon alleges that all times herein mentioned Defendants BRITISH AIRLINES, a Public Limited Company, and DOES 1 to 25, Inclusive, and each of them, were in possession of and owned, operated, supervised, designed, constructed, maintained, repaired, and controlled those certain business premises, property, and aircraft named British Airlines, a Public Limited Company, located on flight number BA272.
On or about November 4, 2023, Plaintiff AMR ELKHAYAT was an invitee upon said business premises and aircraft. Defendants and DOES 1 to 25, and each of them, carelessly and negligently owned, operated, maintained, setup, signed, inspected, repaired, controlled, staffed, supervised, promoted and advertised said premises and aircraft in a dangerous, defective and unsafe condition. By reason of said carelessness and negligence of the Defendants and DOES 1 to 25, and each of them, said business premises and aircraft were unsafe and dangerous to invitees thereon such as and including Plaintiff.
Defendants and DOES 1 to 25, and each of them, were negligent in that they failed to use reasonable care to keep their property in a reasonable safe condition and or discover the unsafe condition on their property and failed to warn the Plaintiff of said dangers, defective and unsafe condition although the Defendants and DOES I to 25 and each of them, knew or in the exercise of ordinary care, should have known of said condition.
At said time and place and as a direct and legal result of the aforesaid negligence and carelessness of the Defendants and DOES 1 to 25, and each of them. Plaintiff's right knee was hit with the service cart that was guided by the Defendant's British Airways, a Public Limited Company, stewardess, as a legal result of the dangerous, and unsafe condition of the aircraft thereon: that Defendants in allowing their business aircraft to be in defective and hazardous condition, legally caused Plaintiff to suffer severe shock and injuries to Plaintiff's person. Plaintiff was injured in his health, strength and activity, all to Plaintiffs general damage in a sum which will be shown according to proof.
As a further direct and legal result of said negligence and carelessness of the Defendants and DOES l to 25, and each of them. Plaintiff was compelled to and did incur expenses for medical care, urgent care, nursing, attendant care

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

MC-025

| SHORT TITLE: Elkhayat v. British Airways, PLC. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* _____GN-1_____

*(This Attachment may be used with any Judicial Council form.)*

and other incidental expenses and will have to incur additional like expenses in the future, all in amounts presently unknown to Plaintiff. Plaintiff therefore asks leave of court either to amend this complaint so as to show the amount of
the medical expenses, when ascertained, or to prove set amount at the time of trail.
As a direct and legal result of the foregoing carelessness and negligence of the Defendants and DOES 1 to 25, and each of them. Plaintiff was seriously injured and may have future medical expenses and thereby be prevented from attending to the Plaintiffs usual duties. Plaintiff asks leave of court either to amend this complaint to show the amount of lost earnings, when ascertained, or to prove said amount at the time of trail.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*
**Westlaw Doc & Form Builder**

PLD-PI-001(4)

| SHORT TITLE: Elkhayat v. British Airways, PLC. | CASE NUMBER: |
|---|---|

<u>     6 of 6     </u>     **CAUSE OF ACTION—Premises Liability**     Page <u> 6 </u>
(number)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Amr Elkhayat, an Individual,
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* November 04, 2023        plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):* Plaintiff hereby incorporates by reference all proceeding paragraphs as through fully set forth herein. On or about November 04, 2023, Plaintiff AMR ELKHAYAT was an invitee and guest upon said business premises. Defendants and DOES 1 to 25, and each of them, carelessly and negligently owned, operated, maintained, constructed, designed, set-up, signed, inspected, repaired, controlled, staffed, supervised, promoted and advertised said premises in a dangerous, defective and unsafe condition. By reason of said carelessness and negligence of the Defendants and DOES 1 to 25, Plaintiff suffered a serious leg injury that required the need for urgent care resulting in need of various medical treatments.

Prem.L-2.    [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* British Airways, a Public Limited Company, and

           [X] Does  <u>  1  </u>  to  <u>  25  </u>

Prem.L-3.    [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* British Airways, a Public Limited Company, and

           [ ] Does  <u>     </u>  to  <u>     </u>

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.    [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):* British Airways, a Public Limited Company, and

           [ ] Does  <u>     </u>  to  <u>     </u>

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

           [ ] Does  <u>     </u>  to  <u>     </u>

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™